Opinion for the Court filed PER CURIAM.
PER CURIAM.
On reconsideration, we find it unnecessary to decide whether § 307(d)(9) of the Clean Air Act, 42 U.S.C. § 7607(d)(9), requires a court to vacate erroneous action of the Environmental Protection Agency. Even if § 307(d)(9) gives a court discretion to remand without vacating, we would vacate EPA’s rule for the reasons given in Judge Randolph’s concurring opinion, in which Judge Sentelle joined. See Honeywell Int’l, Inc. v. EPA, 374 F.3d 1363, 1375 (D.C.Cir.2004). Subpart III of Part II of the per curiam opinion, 374 F.3d at 1373-74, is therefore withdrawn. In all other respects, the petition for rehearing is denied.

So ordered.